# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ORIENT OVERSEAS CONTAINER LINE, LTD., <br><br>  Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY and BURLINGTON NORTHERN SANTA FE, LLC, <br><br> Defendants. | Case No. <br><br> Judge <br><br> Magistrate Judge |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Plaintiff Orient Overseas Container Line, Ltd. ("OOCL Ltd.") hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

OOCL Ltd.'s parent company is OOCL (Liners) Holdings Limited, a private company limited by shares based in Hong Kong, and no publicly held corporation owns more than 10% of OOCL Ltd.'s stock.

DATED:  April 7, 2022

Respectfully submitted,

*/s/ Trevor Illes*
Trevor Illes (6313097)
BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.767.9192 (fax)
tilles@beneschlaw.com

*Attorneys for Plaintiff Orient Overseas Container Line, Ltd.*

Of Counsel:
James H. Hohenstein
Hohenstein & Parkinson, LLP
385 South End Avenue, #5K
New York, New York 10280
Telephone: 917.873.2528
jim.hohenstein@hplawnyc.com

2